UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DION MANNINGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PALERMO, et al.,<br><br>　　　　Defendants. | 1:12-cv-02038-AWI-GSA-PC<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR DEFENDANT SEAN SMITH<br>(Docs. 22.) |

　　Devin Dion Mannings ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2015, a stipulation for substitution of attorneys for defendant Sean Smith ("Defendant") was filed with the court containing the signatures of Defendant, the outgoing attorney of record, and the incoming attorney of record. (Doc. 22.)  After consideration of the stipulation, the court hereby approves and orders the substitution of attorneys as set forth in Doc. 22.

IT IS SO ORDERED.

Dated:　April 3, 2015　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE