UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON DION MANNINGS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C/O PALERMO, et al.,<br><br>　　　　　Defendants | Case No. 1:12 cv 02038 AWI GSA PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>OPPOSITION DUE IN THIRTY DAYS |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Pending before the Court is Defendants' motion for summary judgment filed on June 8, 2015.  Plaintiff has not opposed the motion.

　　　Plaintiff is directed to file an opposition or statement of non-opposition to the motion for summary judgment.  Plaintiff is referred to the notice filed by Defendants regarding the requirements for opposing summary judgment set forth in Rand v. Rowland  (154 F.3d 952, 9th Cir. 1988).  Plaintiff is advised that his  failure to file an opposition or statement of non-opposition to the motion will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 110.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's opposition or statement of non-opposition to Defendants' motion for summary judgment is due thirty days from the date of service of this order.

　　　　　IT IS SO ORDERED.

1

Dated: __**July 20, 2015**__

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE